# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>$18,564.00 IN U.S. CURRENCY,<br><br>　　　　Defendant,<br><br>and<br><br>DARUIS JOVON EWING MCDOWELL,<br><br>　　　　Claimant. | Case No. 23-mc-00082 (___/___)<br><br>**[PROPOSED]**<br>**ORDER EXTENDING DEADLINE**<br>**TO COMMENCE JUDICIAL**<br>**FORFEITURE PROCEEDINGS** |

Based on the Plaintiff's Consent Motion to Extend Time to Commence Judicial Forfeiture Proceedings for the Defendant Currency, the agreement of the parties, and for good cause shown:

IT IS HEREBY ORDERED that the Motion is GRANTED, and the deadline under 18 U.S.C. § 983(a)(3) for commencing judicial forfeiture proceedings against the Defendant $18,564.00 in U.S. Currency is extended by 90 days, up to and including November 21, 2023.

Dated:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　\*\*\*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge